

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 2:24CR 00031 BSM |
| | ) | |
| v. | ) | 18 U.S.C. § 201(b)(2)(C) |
| | ) | |
| SIERRA LONG | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

In or about June 2021 in the Eastern District of Arkansas, the defendant,

SIERRA LONG,

a public official, did, directly and indirectly, corruptly demand, seek, receive, accept, and agreed to receive and accept something of value, to wit: $5,200 in United States currency, from JOHN SMITH and or VICKI HAVELY, in return for and with the intent of being induced to do and omit to do an act in violation of her official duty, namely: to introduce one or more prohibited objects into FCI Forrest City, as that term is defined in Title 18, United States Code, Section 1791(d)(1).

All in violation of Title 18, United States Code, Section 201(b)(2)(C).

## FORFEITURE ALLEGATION 1

Upon conviction of Count 1 of this Indictment, the defendant, SIERRA LONG, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 1 of this Indictment, the defendant, SIERRA LONG, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

☐ NO TRUE BILL.   ☒ TRUE BILL.

**REDACTED SIGNATURE**
FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
UNITED STATES ATTORNEY

By JORDAN C. CREWS
AR Bar Number 2007299
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
E-mail: jordan.crews@usdoj.gov